UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY MIKEL OSBORN,

       Plaintiff,                        Civil Action No. 14-CV-10832

v.                                      Honorable Patrick J. Duggan

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

**<u>ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, and DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

On February 21, 2014, Plaintiff filed this lawsuit challenging the final decision of the Commissioner denying Plaintiff's application for disability insurance benefits. On June 5, 2014, Plaintiff filed a motion for summary judgment. On August 6, 2014, Defendant filed a motion for summary judgment. The Court referred both motions to Magistrate Judge Patricia T. Morris for all pretrial proceedings.

On January 29, 2015, Magistrate Judge Morris issued a Report and Recommendation (R&R) recommending that the Court deny Plaintiff's motion for summary judgment and grant Defendant's motion for summary judgment. At the

conclusion of the R&R, Magistrate Judge Morris advises the parties that they may object and seek review of the R&R within 14 days of service upon them. R&R at 39 (ECF No. 13 Page ID 452). She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." *Id.* Neither party has filed objections to the R&R, and the time to do so has expired.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by the Magistrate Judge. The Court therefore adopts the Magistrate Judge's R&R. Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is **DENIED**;

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment is **GRANTED**.


Dated: February 18, 2015           s/PATRICK J. DUGGAN
                                   UNITED STATES DISTRICT JUDGE

Copies to:

Richard J. Doud, Esq.
John C. Benson, Esq.
Karla J. Gwinn, Esq.
Theresa M. Urbanic, Esq.